IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

WILLIAM R. KNOWLES,　　　　　§
　　　Plaintiff,　　　　　　　　　§
　　　　　　　　　　　　　　　　§
vs.　　　　　　　　　　　　　　§　　　CIVIL ACTION NO. 6:19-cv-359
　　　　　　　　　　　　　　　　§
SANDERSON FARMS, INC.,　　　　　§
　　　Defendant.　　　　　　　　§

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Sanderson Farms, Inc., files this Notice of Removal pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446(a).

### A.  INTRODUCTION

1.　　Plaintiff is William R. Knowles ("Knowles" or "Plaintiff").　Defendant is Sanderson Farms, Inc. ("Defendant" or "Sanderson").

2.　　On May 2, 2019, Plaintiff sued Defendant for negligence in the 170th Judicial District Court of McLennan County, Texas.　The case is styled Cause Number 2019-1550-4, *William R. Knowles v. Sanderson Farms, Inc.*, in the 170th Judicial District Court of McLennan County, Texas.

3.　　Defendant's registered agent, C T Corporation System, was served with a copy of the citation and Plaintiff's Original Petition on May 15, 2019.　Defendant files this Notice of Removal within the 30-day time-period required by 28 U.S.C. § 1446(b)(1).

### B.  BASIS FOR REMOVAL

4.　　Removal is proper because there is complete diversity between the parties and the amount in controversy (as alleged by Plaintiff in his Original Petition) exceeds $75,000.00, excluding interest and costs.

5.      Plaintiff is a citizen of Texas.  *See* Plaintiff's Original Petition, ¶ 2.0.  Defendant is a Mississippi Corporation with its principal place of business and headquarters in Laurel, Mississippi.  The diversity requirement of 28 U.S.C. § 1332(a) is satisfied.

6.      Furthermore, Plaintiff has alleged that he seeks "damages in excess of $200,000, but not more than $1,000,000.00."  The matter in controversy therefore exceeds $75,000.00 as required by 28 U.S.C. § 1332(a).

7.      Copies of all pleadings, process, orders, and other filings in the state-court suit obtained from the McLennan County District Clerk are attached to this Notice as required by 28 U.S.C. § 1446(a).  *See* Exhibits "A" – "F."

8.      Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

9.      Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

## C.  JURY DEMAND

10.     Plaintiff did not demand a jury in the state-court suit.

## D.  CONCLUSION

11.     WHEREFORE, Defendant removes this action from the 170th Judicial District Court, McLennan County, Texas, to this Court.

Respectfully submitted,

_____/s/ Jim Hering_____
**JIM HERING**
State Bar No. 00796744
hering@pakislaw.com
**MARCUS MATAGA**
State Bar Card No. 24083455
mataga@pakislaw.com
**PAKIS, GIOTES, PAGE & BURLESON, P.C.**
400 Austin Avenue, Suite 400
Post Office Box 58
Waco, Texas  76703-0058
(254) 297-7300 – Telephone
(254) 297-7301 – Facsimile

Attorneys for Defendant, Sanderson Farms, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record listed below via ECF on June 10, 2019, or if not in the ECF system, by email.

Humberto G. Garcia, PLLC
Humberto G. Garcia
hgarcia@outlook.com
hgarcia@salinastriallaw.com

and

Law Offices of George Salinas
George L. Salinas, Jr.
George@salinastriallaw.com

Attorneys for Plaintiff

_____/s/ Jim Hering_____
**JIM HERING**

# EXHIBIT A

FILED
MCLENNAN COUNTY
5/2/2019 4:31 PM
JON R. GIMBLE
DISTRICT CLERK
Paige Edmundson

CAUSE NO. _____**2019-1550-4**_____

| | | |
|---|---|---|
| WILLIAM R. KNOWLES | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | **170TH** JUDICIAL DISTRICT |
| | § | |
| SANDERSON FARMS, INC. | § | McLENNAN COUNTY, TEXAS |

<u>**PLAINTIFF'S ORIGINAL PETITION**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

 COMES NOW WILLIAM R. KNOWLES, Plaintiff, and brings this action complaining of SANDERSON FARMS, INC., Defendant, and for cause of action, respectfully shows the following:

<u>I. DISCOVERY CONTROL PLAN</u>

1.0 Plaintiff intends that discovery be conducted under Discovery Level 3.

<u>**II. Parties**</u>

2.0 Plaintiff is a resident of Bexar County, Texas. The last 3 digits of Plaintiff's Texas driver's license number are 541.

2.1 Defendant is a Mississippi Corporation doing business in Waco, McLennan County, Texas, and may be served with process by serving its registered agent, CT Corporation System at their registered office located at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

<u>**III. Venue Facts**</u>

3.0 Plaintiff is maintaining this cause of action in McLennan County, Texas because that is where a substantial part of the events or omissions giving rise to the claims in this lawsuit occurred. Venue is therefore proper in McLennan County pursuant to section 15.002 (a)(1) of the Texas Civil Practice and Remedies Code.

## IV. Classification

4.0     Plaintiff brings this cause of action against the named Defendant for personal and bodily injuries caused by an incident which occurred on or about January 10, 2018, in Waco, Texas.  All conditions precedent have been satisfied.

4.1     Plaintiff is seeking damages in excess of $200,000, but not more than $1,000,000.00.

## V. Background Information

5.0     On or about January 10, 2018, Plaintiff was an invitee on Defendant's premises located at 301 Aviation Parkway in Waco, Texas as he was on the premises for delivering certain items on behalf of his employer and ordered by Defendant. He had just parked his truck on a loading dock at the subject premises and was exiting his truck. When he stepped down, he fell into a ditch that was supposed to be covered by grate covers. Plaintiff did not realize two or more of the grate covers were not in place until after he fell because there was no lighting to reveal the ditch. He then noticed that the missing grate covers were actually in the ditch. There was no sign or notice warning of the missing grate covers.

## VI. Negligent Actions

6.0     On the occasion in question, Defendant violated the duty which it owed to Plaintiff and all invitees to exercise ordinary care in maintaining its premises in a safe condition in one or more of the following respects:

      a.    In failing to provide adequate lighting to reveal to invitees such as Plaintiff the actual condition of the premises;

      b.    In failing to maintain and secure that the subject ditch was properly covered;

      c.    In failing to timely and regularly inspect the premises which would have revealed the displacement of the grate covers;

     d.      In failing to correct the displaced grate covers to prevent anyone from falling as happened to Plaintiff;

     e.      In failing to warn Plaintiff of the displaced grate covers; and

6.1     Plaintiff would further show that the above and foregoing acts were separate and distinct acts of negligence and that they are the direct and proximate cause of the incident in question and the Plaintiff's resultant injuries as will be more accurately described herein below.

6.2     Each of these acts and omissions, singularly or in combination with such other acts and omissions constituted negligence which proximately caused the accident made the basis of this lawsuit, and the damages and injuries suffered by the Plaintiff.

## VII. Plaintiff's Damages

7.0     As a result of the collision made the basis of this action, Plaintiff has suffered serious injuries to his body as a whole in that said injuries caused him to suffer severe physical pain and mental anguish in the past.  In all reasonable probability, he will continue to so suffer such physical pain and mental anguish in the future.

7.1     As a further result of the Defendant's negligence, Plaintiff has incurred reasonable and necessary medical expenses in the past and in all probability, will continue to so incur reasonable and necessary medical expenses in the future.

7.2     Plaintiff will show that as a result of the injuries he sustained due to the Defendant's negligence, he suffered physical impairment in the past and in all reasonable probability, will continue to so suffer physical impairment in the future.

## VIII. PRE-JUDGMENT & POST JUDGMENT INTEREST

8.0.     Plaintiff further alleges that she is entitled to recover pre-judgment and post-judgment interest at the maximum legal rate as provided for by law.

8.1     By reason of all of the above and foregoing elements, Plaintiff has suffered losses and damages in a sum within the jurisdictional limits of this Court and for which he hereby sues said Defendant.

## IX. REQUEST FOR DISCLOSURE

9.0     Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiff hereby request that Defendant discloses on or before the first business day following the expiration of fifty (50) days from Defendant's receipt of service of this Petition, the information and material described in Tex. R. Civ. P. 194.2 (a) – (l).

## X. PRAYER FOR RELIEF

10.0    **WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays for the following:

A.      That Defendant be cited to appear herein;

B.      That after trial on the merits, the Honorable Court enters judgment against Defendant and in favor of Plaintiff for actual damages, consequential damages, incidental damages, compensatory damages, mental anguish damages, costs of court, and expenses of the lawsuit, pre-judgment interest, and post-judgment interest, as allowed by law or as plead herein; and

C.      For all such further and additional relief to which Plaintiffs are justly entitled at law and in equity.

> Respectfully submitted,
>
> HUMBERTO G. GARCIA, PLLC
> 6243 IH-10 West, Suite 955
> San Antonio, Texas 78201
> Tel: 210-225-0909
> Fax: 210-960-4604
>
> By: */s/ Humberto G. Garcia*
> Humberto G. Garcia
> Texas State Bar No. 07636620
> hgarcia@outlook.com
> hgarcia@salinastriallaw.com

4

AND

LAW OFFICES OF GEORGE SALINAS
6243 IH-10 West, Suite 955
San Antonio, Texas 78201
Tel: 210-225-0909
Fax: 210-960-4604

By:_____
George L. Salinas, Jr.
Texas State Bar No. 24044929
George@salinastriallaw.com
**COUNSEL FOR PLAINTIFF**

# EXHIBIT B

Cause Number: _____

District Court : _____

**2019-1550-4**

FILED
MCLENNAN COUNTY
5/2/2019 4:31 PM
JON R. GIMBLE
DISTRICT CLERK
Paige Edmundson

## Request for Process

Style: WILLIAM R. KNOWLES _____ Vs. SANDERSON FARMS, INC. _____

Request the following process: (Please check all that Apply)
☑ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept *without* a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

**1.**
Name: SANDERSON FARMS, INC. _____
Registered Agent/By Serving: CT Corporation System _____
Address 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136 _____
Service Type: (Check One) ☑ *Private Process*  ☐ *Sheriff*  ☐ *Commissioner of Insurance*  ☐ *SA Express News*  ☐ *Hart Beat* ☐ *Courthouse Door*
☐ *Certified Mail*  ☐ *Registered Mail*  ☐ *Out of County*  ☐ *Secretary of State*  ☐ *Constable Pct __*
(Pct. 3 serves process countywide)

**2.**
Name: _____
Registered Agent/By Serving: _____
Address _____
Service Type: (Check One) ☐ *Private Process*  ☐ *Sheriff*  ☐ *Commissioner of Insurance*  ☐ *SA Express News*  ☐ *Hart Beat* ☐ *Courthouse Door*
☐ *Certified Mail*  ☐ *Registered Mail*  ☐ *Out of County*  ☐ *Secretary of State*  ☐ *Constable Pct __*
(Pct. 3 serves process countywide)

**3.**
Name: _____
Registered Agent/By Serving: _____
Address _____
Service Type: (Check One) ☐ *Private Process*  ☐ *Sheriff*  ☐ *Commissioner of Insurance*  ☐ *SA Express News*  ☐ *Hart Beat* ☐ *CourthouseDoor*
☐ *Certified Mail*  ☐ *Registered Mail*  ☐ *Out of County*  ☐ *Secretary of State*  ☐ *Constable Pct __*
(Pct. 3 serves process countywide)

**4.**
Name: _____
Registered Agent/By Serving: _____
Address _____
Service Type: (Check One) ☐ *Private Process*  ☐ *Sheriff*  ☐ *Commissioner of Insurance*  ☐ *SA Express News*  ☐ *Hart Beat* ☐ *Courthouse Door*
☐ *Certified Mail*  ☐ *Registered Mail*  ☐ *Out of County*  ☐ *Secretary of State*  ☐ *Constable Pct __*
(Pct. 3 serves process countywide)

Title of Document/Pleading to be Attached to Process: Plaintiff's Original Petition _____

Name of Attorney/Pro se: George L. Salinas, Jr. _____ Bar Number: 24044929 _____
Address: 6243 IH-10 West, Suite 955 _____ Phone Number: 210 225-0909 _____
San Antonio, Texas 78201 _____

Attorney for Plaintiff X _____ Defendant _____ Other _____

***\*\*\*\*IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED\*\*\*\****

# EXHIBIT C

Print this page

# Case # 2019-1550-4 - WILLIAM R. KNOWLES VS. SANDERSON FARMS, INC. (170TH)

**Case Information**

| | |
|---|---|
| Location | McLennan County - District Clerk |
| Date Filed | 5/2/2019 4:31 PM |
| Case Number | 2019-1550-4 |
| Case Description | WILLIAM R. KNOWLES VS. SANDERSON FARMS, INC. |
| Assigned to Judge | 170TH |
| Attorney | George Salinas, Jr. |
| Firm Name | Law Offices of George Salinas, PLLC |
| Filed By | Zhenya Hood |
| Filer Type | Not Applicable |
| Damages Sought | Over $200,000 but not more than $1,000,000 |

**Fees**

| | |
|---|---|
| Convenience Fee | $10.30 |
| Total Court Case Fees | $298.00 |
| Total Court Party Fees | $0.00 |
| Total Court Filing Fees | $53.00 |
| Total Court Service Fees | $2.00 |
| Total Filing & Service Fees | $0.00 |
| Total Provider Service Fees | $2.99 |
| Total Provider Tax Fees | $0.25 |
| Total Taxes (for non-court fees) | $0.00 |
| Grand Total | $366.54 |

**Payment**

| | |
|---|---|
| Account Name | RR Visa |
| Transaction Amount | $366.54 |
| Transaction Response | Approved |
| Transaction ID | 49897730 |
| Order # | 033267043-0 |



**Petition**

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Petition |
| Filing Description | Plaintiff's Original Petition |
| Reference Number | 2695061 |

Envelope Details                                                    Page 2 of 3

Comments
Status                              Accepted
Accepted Date                      5/3/2019 8:58 AM
**Fees**
Court Fee                          $0.00
Service Fee                        $0.00
**Documents**
*Lead Document*          Plaintiff's Original Petition.pdf      [Original]    [Transmitted]

**eService Details**

| Name/Email | Firm | Service Method | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| George Luis Salinas, Jr. george@salinastriallaw.com | Law Offices of George Salinas, PLLC | EServe | Sent | Yes | Not Opened |
| Humberto Garcia hgarcia@salinastriallaw.com | Law Offices of George Salinas, PLLC | EServe | Sent | Yes | Not Opened |
| Zhenya Hood zhenya@salinastriallaw.com | Law Offices of George Salinas, PLLC | EServe | Sent | Yes | Not Opened |
| George Luis Salinas, Jr. george@salinastriallaw.com | Law Offices of George Salinas, PLLC | EServe | Sent | Yes | Not Opened |
| Humberto Garcia hgarcia@salinastriallaw.com | Law Offices of George Salinas, PLLC | EServe | Sent | Yes | Not Opened |
| Zhenya Hood zhenya@salinastriallaw.com | Law Offices of George Salinas, PLLC | EServe | Sent | Yes | Not Opened |

**Petition**
Filing Type                        EFileAndServe
Filing Code                        Petition
Filing Description                 Request for Process
Reference Number                   2695089
Comments
Status                             Accepted
Accepted Date                      5/3/2019 8:58 AM

**Fees**

| | |
|---|---|
| Court Fee | $53.00 |
| Service Fee | $0.00 |

Optional Services

| | |
|---|---|
| Issue Citation | $8.00 |
| Jury Fee | $40.00 |
| Copies - Service | $5.00 (5 x $1.00) |

**Documents**

| | | | |
|---|---|---|---|
| *Lead Document* | Request for Process.pdf | [Original] | [Transmitted] |

**eService Details**

| Name/Email | Firm | Service Method | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| George Luis Salinas, Jr. george@salinastriallaw.com | Law Offices of George Salinas, PLLC | EServe | Sent | Yes | Not Opened |
| Humberto Garcia hgarcia@salinastriallaw.com | Law Offices of George Salinas, PLLC | EServe | Sent | Yes | Not Opened |
| Zhenya Hood zhenya@salinastriallaw.com | Law Offices of George Salinas, PLLC | EServe | Sent | Yes | Not Opened |
| George Luis Salinas, Jr. george@salinastriallaw.com | Law Offices of George Salinas, PLLC | EServe | Sent | Yes | Not Opened |
| Humberto Garcia hgarcia@salinastriallaw.com | Law Offices of George Salinas, PLLC | EServe | Sent | Yes | Not Opened |
| Zhenya Hood zhenya@salinastriallaw.com | Law Offices of George Salinas, PLLC | EServe | Sent | Yes | Not Opened |

# EXHIBIT D

**CITATION**

**THE STATE OF TEXAS**

**Cause No: 2019-1550-4**

PAPER# 1
ATTY

TO:  SANDERSON FARMS, INC., A MISSISSIPPI CORPORATION, DEFENDANT - BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM, AT 1999 BRYAN STREET, SUITE 900, DALLAS, TEXAS 75201

**GREETINGS:**

**YOU ARE HEREBY COMMANDED** to appear before the Honorable District Court below, of McLennan County, Texas, at the Courthouse of said County located at 501 Washington Avenue in Waco, Texas, by filing a written answer with the Clerk of the Court, at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation, to the pleading described below, and you are hereby served with a copy of Plaintiff's Discovery described below, to which you must file a written answer as required by law in the cause number described below on the docket of said court, and styled,

PARTIES TO THIS ACTION ARE:

**WILLIAM R. KNOWLES**                                                   Plaintiff

VS.

**SANDERSON FARMS, INC., A MISSISSIPPI CORPORATION**                      Defendant

Court:  **170TH JUDICIAL DISTRICT**
Pleading:  **PLAINTIFF'S ORIGINAL PETITION**
Pleading File Date:  **MAY 2, 2019**
Discovery Requests:  **REQUEST FOR DISCLOSURE**
Cause No:  **2019-1550-4**

### NOTICE

*You have been sued.  You may employ an attorney.  If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and the above pleading and discovery, a default judgment may be taken against you.*

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL OF OFFICE,** at Waco, McLennan County, Texas.
Issue Date: **MAY 9, 2019.**

**HUMBERTO G. GARCIA**
**6243 IH-10 WEST**
**SUITE 955**
**SAN ANTONIO, TEXAS 78201**
Attorney for Plaintiff

Jon R. Gimble, District Clerk
501 Washington Ave., Suite 300 Annex
Waco, McLennan County, Texas 76701

By: _Paige Edmundson_ , Deputy
**PAIGE EDMUNDSON**



## RETURN OF SERVICE

Style:  **WILLIAM R. KNOWLES VS. SANDERSON FARMS, INC., A MISSISSIPPI CORPORATION**
Cause No.:  **2019-1550-4**
Court:  **170TH JUDICIAL DISTRICT**
Paper#:  **1**
Instrument(s) Served:  Pleading, **PLAINTIFF'S ORIGINAL PETITION**, and Discovery, **REQUEST FOR DISCLOSURE**


Came to hand on the _____ day of _____, 20_____ at _____o'clock _____M. and executed on the _____ day

of _____, 20_____ by delivering to the party designated in the citation, to-wit:

_____

_____

at _____o'clock ___M; in person, a true copy of this citation with a true and correct copy of the pleading and discovery

attached thereto, having first endorsed on such copy of said citation the date of delivery.

FEES:  Serving one (1) copy                                    _____

Total $_____        NO SHERIFF OR CONSTABLE        _____ County, Texas
                               FEES COLLECTED
                                                             By _____


**NOT EXECUTED FOR THE FOLLOWING REASONS** _____

and having attempted on _____.


"My name is _____ (First) _____ (Middle) _____ (Last), my

date of birth is _____, and my address is _____

_____.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in _____ County, State

of Texas, on the _____ day of _____ (Month) _____ (Year)

_____ (Signature) Declarant"

# EXHIBIT E

# CITATION

**THE STATE OF TEXAS**

**Cause No: 2019-1550-4**

FILED
MCLENNAN COUNTY **PAPER# 1**
5/16/2019 3:29 PM       **ATTY**
JON R. GIMBLE
DISTRICT CLERK
Paige Edmundson

**TO: SANDERSON FARMS, INC., A MISSISSIPPI CORPORATION, DEFENDANT - BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM, AT 1999 BRYAN STREET, SUITE 900, DALLAS, TEXAS 75201**

**GREETINGS:**

**YOU ARE HEREBY COMMANDED** to appear before the Honorable District Court below**,** of McLennan County, Texas, at the Courthouse of said County located at 501 Washington Avenue in Waco, Texas, by filing a written answer with the Clerk of the Court, at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation, to the pleading described below, and you are hereby served with a copy of Plaintiff's Discovery described below, to which you must file a written answer as required by law in the cause number described below on the docket of said court, and styled,

PARTIES TO THIS ACTION ARE:

**WILLIAM R. KNOWLES**                                              Plaintiff

VS.

**SANDERSON FARMS, INC., A MISSISSIPPI CORPORATION**               Defendant

Court: **170TH JUDICIAL DISTRICT**
Pleading: **PLAINTIFF'S ORIGINAL PETITION**
Pleading File Date: **MAY 2, 2019**
Discovery Requests: **REQUEST FOR DISCLOSURE**
Cause No: **2019-1550-4**

### NOTICE

*You have been sued.  You may employ an attorney.  If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and the above pleading and discovery, a default judgment may be taken against you.*

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL OF OFFICE,** at Waco, McLennan County, Texas.
Issue Date: **MAY 9, 2019.**

**HUMBERTO G. GARCIA**
**6243 IH-10 WEST**
**SUITE 955**
**SAN ANTONIO, TEXAS 78201**
Attorney for Plaintiff

Jon R. Gimble, District Clerk
501 Washington Ave., Suite 300 Annex
Waco, McLennan County, Texas 76701

By: _Paige Edmundson_ _____, Deputy
     **PAIGE EDMUNDSON**



## RETURN OF SERVICE

Style: **WILLIAM R. KNOWLES VS. SANDERSON FARMS, INC., A MISSISSIPPI CORPORATION**
Cause No.: **2019-1550-4**
Court: **170TH JUDICIAL DISTRICT**
Paper#: **1**
Instrument(s) Served: Pleading, **PLAINTIFF'S ORIGINAL PETITION**, and Discovery, **REQUEST FOR DISCLOSURE**


Came to hand on the _____ day of _____, 20_____ at _____o'clock _____M. and executed on the _____ day

of _____, 20_____ by delivering to the party designated in the citation, to-wit:

_____

_____

at _____o'clock ___M; in person, a true copy of this citation with a true and correct copy of the pleading and discovery

attached thereto, having first endorsed on such copy of said citation the date of delivery.

FEES: Serving one (1) copy                               _____

Total $_____     NO SHERIFF OR CONSTABLE     _____ County, Texas
                              FEES COLLECTED
                                                         By _____


**NOT EXECUTED FOR THE FOLLOWING REASONS** _____

and having attempted on _____.


"My name is _____ (First) _____ (Middle) _____ (Last), my

date of birth is _____, and my address is _____

_____.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State

of Texas, on the _____ day of _____ (Month) _____ (Year)

_____ (Signature) Declarant"

## AFFIDAVIT OF SERVICE

| State of Texas | County of McLennan | 170th Judicial District Court |

Case Number: 2019-1550-4

Plaintiff:
**William R. Knowles**

vs.

Defendant:
**Sanderson Farms, INC**

BBW2019003839

Received by Caleb Malone  PSC 1574 exp 10/31/20 on the 14th day of May, 2019 at 9:50 am to be served on **Sanderson Farms Inc, A Mississippi Corporation By Serving Its Registered Agent CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201.**

I, Caleb Malone  PSC 1574 exp 10/31/20, being duly sworn, depose and say that on the **15th day of May, 2019 at 10:30 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Citation / Plaintiff's Original Petition** with the date and hour of service endorsed thereon by me, to: **Antoinette Williams Intake Associate for Ct Corporation System** as **Registered Agent** at the address of: **1999 Bryan Street, Suite 900, Dallas, TX 75201** on behalf of **Sanderson Farms Inc, A Mississippi Corporation**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which this service was made.

The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 15 day of May, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

**Caleb Malone  PSC 1574 exp 10/31/20**
Process Server

Our Job Serial Number: BBW-2019003839

BETHANY PALLISTER
Notary ID # 129009133
My Commission Expires
June 1, 2020

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

EXHIBIT F

Print this page

# Case # 2019-1550-4 - WILLIAM R. KNOWLES VS. SANDERSON FARMS, INC. (170TH)

**Case Information**

| | |
|---|---|
| Location | McLennan County - District Clerk |
| Date Filed | 5/16/2019 3:29 PM |
| Case Number | 2019-1550-4 |
| Case Description | WILLIAM R. KNOWLES VS. SANDERSON FARMS, INC. |
| Assigned to Judge | 170TH |
| Attorney | George Salinas, Jr. |
| Firm Name | Law Offices of George Salinas, PLLC |
| Filed By | Zhenya Hood |
| Filer Type | Not Applicable |

**Fees**

| | |
|---|---|
| Convenience Fee | $0.15 |
| Total Court Case Fees | $0.00 |
| Total Court Party Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $2.00 |
| Total Filing & Service Fees | $0.00 |
| Total Provider Service Fees | $2.99 |
| Total Provider Tax Fees | $0.25 |
| Total Taxes (for non-court fees) | $0.00 |
| Grand Total | $5.39 |

**Payment**

| | |
|---|---|
| Account Name | RR Visa |
| Transaction Amount | $5.39 |
| Transaction Response | Approved |
| Transaction ID | 50428134 |
| Order # | 033639094-0 |

**No Fee Documents**

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | No Fee Documents |
| Filing Description | Return Citation - Sanderson Farms, Inc. |
| Reference Number | 2717163 |
| Comments | |

Envelope Details                                                        Page 2 of 2

| | |
|---|---|
| Status | Accepted |
| Accepted Date | 5/17/2019 8:42 AM |
| **Fees** | |
| Court Fee | $0.00 |
| Service Fee | $0.00 |
| **Documents** | |
| *Lead Document* | Return Citation - Sanderson Farms, Inc.pdf  [Original] [Transmitted] |

**eService Details**

| Name/Email | Firm | Service Method | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| George Luis Salinas, Jr. george@salinastriallaw.com | Law Offices of George Salinas, PLLC | EServe | Sent | Yes | 5/16/2019 4:12 PM |
| Zhenya Hood zhenya@salinastriallaw.com | Law Offices of George Salinas, PLLC | EServe | Sent | Yes | Not Opened |
| Humberto Garcia hgarcia@salinastriallaw.com | Law Offices of George Salinas, PLLC | EServe | Sent | Yes | 5/16/2019 4:11 PM |